# Order

**Supreme Court**
**Lansing, Michigan**

September 21, 2005

Clifford W. Taylor,
Chief Justice

128620

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

AMERIGO PALARCHIO, as Conservator
and Guardian of LINDA PALARCHIO,
a legally incapacitated person,
    Plaintiff-Appellee,

v

AUTOMOBILE CLUB INSURANCE
ASSOCIATION,
    Defendant-Appellant.

SC: 128620
COA: 258847
Wayne CC: 02-238086-NF

_____/

   On order of the Court, the application for leave to appeal the March 24, 2005 order of the Court of Appeals is considered and, it appearing to this Court that the case of *Cameron v Auto Club Insurance Association* (Docket No. 127018) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

   I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2005

_____
Clerk

p0914